UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.   24-CR-520-3 (TJK)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION:** |
| | : | **18 U.S.C. § 371 (Conspiracy)** |
| **MARCEL VINES,** | : | |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that, at all times material to this Information, on or about the dates and times stated below:

### BACKGROUND

1. The District of Columbia Department of Corrections ("DOC") is a penal institution with an average daily population of approximately 1,700 inmates. It is located at 1901 D Street, in Southeast, Washington, D.C.

2. The Central Detention Facility ("CDF") is one of two DOC correctional facilities in Washington, D.C. that houses adult male detainees awaiting trial, serving a misdemeanor sentence, or in transit to a BOP facility. CDF also houses federal detainees awaiting trial in the United States District Court for the District of Columbia pursuant to a contract with the Bureau of Prisons ("BOP"). Northwest-1 ("NW-1") and Southwest-1 ("SW-1") are maximum-security housing units located in CDF.

3. MARCEL VINES was a DOC inmate beginning on October 16, 2018, and was incarcerated in NW-1 from November 28, 2023, to March 3, 2024, and July 12, 2024 to July 25, 2024. He was incarcerated in SW-1 from March 12, 2024 to July 12, 2024.

4. CO-CONSPIRATOR-1 was a DOC employee and correctional officer between January 2021 and February 2024. He was assigned to the DOC CDF NW-1 housing unit from January 2024 to February 2024. As a correctional officer, CO-CONSPIRATOR-1's job duties included helping maintain order and security in the D.C. Jail.

5. CO-CONSPIRATOR-2 was a DOC inmate beginning on December 17, 2021, and was incarcerated in NW-1 from February 1, 2024, to March 3, 2024 and July 12, 2024 to July 25, 2024. He was incarcerated in SW-1 from March 8, 2024 to July 12, 2024.

6. CO-CONSPIRATOR-3 was a DOC inmate beginning on March 8, 2019 and was incarcerated in NW-1 from April 28, 2023 to March 3, 2024 and July 12, 2024 to July 25, 2024. He was incarcerated in SW-1 from March 3, 2024 to July 12, 2024.

7. CO-CONSPIRATOR-4 had a personal relationship with CO-CONSPIRATOR-2. She communicated with CO-CONSPIRATOR-2 over recorded DOC jail calls using a phone number ending in X-4521.

8. CO-CONSPIRATOR-5 had a personal relationship with Inmate-1, a close associate of CO-CONSPIRATOR-2, VINES, and CO-CONSPIRATOR-3. She communicated with CO-CONSPIRATOR-2 over recorded DOC jail calls using a phone number ending in X-7363.

9. CO-CONSPIRATOR-6 was a DOC employee and correctional officer between August 2023 and July 2024. He was assigned to the DOC CDF SW-1 housing unit from March 3, 2024, to July 12, 2024, and NW-1 housing unit from July 12, 2024, to July 25, 2024. As a correctional officer, the job duties of CO-CONSPIRATOR-6 included helping maintain order and security in the D.C. Jail.

10. DOC employees, including correctional officers, receive training on policies and practices that guide everyday operations. This includes training on the interdiction of prohibited objects, or contraband.

11. DOC trains all employees to prevent the possession and introduction of contraband into facilities and to detect it when present in the facilities. Introducing or trafficking contraband of any kind to inmates is strictly prohibited, as outlined in the October 21, 2022, DOC Contraband Control Policy. The objective of this policy is to maintain "[t]he security, safety and orderly operation of all DOC facilities," and entails levying "[a]ppropriate sanctions [] against any individual who possesses, attempts to introduce introduces or traffics contraband within DOC facilities." The policy defines knives, any illegal drug, tobacco products, and cellular telephones as major contraband.

12. Weapons, tobacco products, marijuana, illegal drugs, cellular telephones, cash, and items of value are considered prohibited objects as defined in 18 U.S.C. §§ 1791(d)(1)(B), (d)(1)C), (d)(1)(F), and (d)(1)(G).

13. To deter the flow of contraband, employees must pass through an x-ray scanner and may be subject to a more thorough search when entering CDF. Personal items, including those contained in bags, must also pass through a x-ray scanner before being carried into the jail.

## COUNT ONE
### (Conspiracy)

14. From a date unknown but beginning by at least February 18, 2024, through at least July 25, 2024, in the District of Columbia and elsewhere, the defendant,

### MARCEL VINES

did knowingly conspire, confederate, and agree, with Co-Conspirators 1, 2, 3, 4, 5, and 6, to commit and attempt to commit and aid and abet other persons known and unknown to make,

3

possess, and obtain a prohibited object—that is, a knife, two cellular phones, Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide)—a Schedule II Narcotic Controlled Substance, and Buprenorphine—a Schedule III Narcotic controlled substance, in violation of 18 U.S.C. §§ 1791(a)(2), 2.

### Purpose of the Conspiracy

15. The purpose of the conspiracy was for the conspirators and others to smuggle weapons, cell phones, narcotics, and other contraband into D.C. Jail, and to possess, use, and distribute the contraband therein.

### Manner and Means

16. The conspirators carried out the conspiracy through the following manner and means, among others:

    a. Using jail issued phones and electronic tablets to plan and coordinate contraband smuggling;

    b. Packaging contraband in food containers and bags for better concealment;

    c. Using persons outside of CDF to facilitate contraband smuggling activities, *e.g.*, packaging and deliveries; and

    d. Introducing contraband into D.C. Jail through CO-CONSPIRATOR-1 and CO-CONSPIRATOR-6, DOC correctional officers.

### Acts in Furtherance of the Conspiracy

### Smuggling Incident One

*February 18, 2024*

17. On February 18, 2024, at 3:06 pm, CO-CONSPIRATOR-2 made a recorded jail call to CO-CONSPIRATOR-4. The following conversation ensued:

4

**CO-CONSPIRATOR-2**: You on your way?

**CO-CONSPIRATOR-4**:  Yea, I'm about to leave out the house….too much…this is too much.  Like this some greedy [expletives] right here.

**CO-CONSPIRATOR-2**:  I mean but it's two bowls though baby.

**CO-CONSPIRATOR-4**:  It don't matter it's just that [Individual-1's] joint is like big as [expletive], like c'mon now what the [expletive].

**CO-CONSPIRATOR-2**:  I know baby.

**CO-CONSPIRATOR-4**: I's some greedy [expletive].

**CO-CONSPIRATOR-2**:  Yea…as long as it get through though baby.

**CO-CONSPIRATOR-2**:  You still remember them people don't you?

**CO-CONSPIRATOR-4**:  What?

**CO-CONSPIRATOR-2**:  I said you still remember them people don't you?

**CO-CONSPIRATOR-4**:  No.

**CO-CONSPIRATOR-2**:  CO-CONSPIRATOR-1.

**CO-CONSPIRATOR-4**:  Aight.

18.     Less than a half-hour later, CO-CONSPIRATOR-4 parked her silver hatchback car in a DOC parking lot.  CO-CONSPIRATOR-4 exited the driver's side of the car.  She then proceeded to the staff entrance area of the D.C. Jail.  In her hand was a white bag containing objects prohibited in the jail.  Once inside, CO-CONSPIRATOR-4 left the bag next to a door that leads to a screening room with magnetometers.

19.     After delivering the package, CO-CONSPIRATOR-4 exited the D.C. Jail, entered the driver's seat of the silver car, and drove away.

20.     At 4:36 pm, after the end of his shift, CO-CONSPIRATOR-1 walked into the jail staff entrance area.  He immediately looked in the direction of the white bag left by CO-

CONSPIRATOR-4. CO-CONSPIRATOR-1 took possession of the white bag and entered the DOC screening room.

21. Once inside, CO-CONSPIRATOR-1 walked around the x-ray machine for screening containers and bags. After being stopped by a correctional officer who was working in the screening room, CO-CONSPIRATOR-1 submitted the white bag through the x-ray machine; however, no correctional officer at the time was monitoring the machine as the bag passed through. CO-CONSPIRATOR-1 then recovered the bag and removed two Tupperware containers with orange lids from inside. He placed the containers into a different plastic bag. CO-CONSPIRATOR-1 took the bag and exited the screening room by walking around the magnetometer that all persons must pass through.

22. At 4:40 pm, CO-CONSPIRATOR-1 walked into the employee locker room and placed the bag in a locker and left the jail for the day.

*February 19, 2024*

23. On February 19, 2024, at around 2:30 pm, CO-CONSPIRATOR-1 walked into the D.C. Jail kitchen and obtained an empty white disposable food container.

24. At 2:33 pm, CO-CONSPIRATOR-1 walked the food container into the DOC locker room. Inside the locker room, CO-CONSPIRATOR-1 removed the two Tupperware containers with orange lids from his locker and transferred the contraband from one of those two Tupperware containers into the white food container. CO-CONSPIRATOR-1 then exited the locker room with the white food container and a Tupperware container with an orange lid.

25. At 2:39 pm, CO-CONSPIRATOR-1 entered an empty hallway in NW-1. At the time, a pushcart with two large yellow and red coolers on it was inside the hallway. CO-CONSPIRATOR-1 placed the food container on top of the pushcart as he walked past it.

26. At 2:42 pm, CO-CONSPIRATOR-2, VINES, CO-CONSPIRATOR-3, and a DOC staff member walked into the hallway that CO-CONSPIRATOR-1 had exited minutes earlier. Upon entering, VINES grabbed the food container from the pushcart as the inmates and DOC staff member conversed.

27. At 2:43 pm, VINES took the food container with him into his jail cell. CO-CONSPIRATOR-2 and CO-CONSPIRATOR-3 followed VINES into his jail cell.

*February 26, 2024*

28. On February 26, 2024, CO-CONSPIRATOR-1 returned to work in NW-1 for the first time since February 19, 2024. At 1:52 pm, CO-CONSPIRATOR-1 retrieved a white disposable food container from inside of a security post area in NW-1.

29. At 2:00 pm, CO-CONSPIRATOR-1 entered the locker room with the food container. He retrieved a clear plastic bag from an unlocked locker then removed from the bag one Tupperware container affixed with an orange lid. CO-CONSPIRATOR-1 took the lid off to reveal a salad. Wearing blue latex gloves, CO-CONSPIRATOR-1 dug into the salad and removed four to five saran-wrapped objects, placed the items inside of the disposable food container, and shut the tray lid. He exited the locker room holding the disposable food container and the Tupperware.

30. At 2:11 p.m., CO-CONSPIRATOR-1 met with VINES inside of a room near the NW-1 correctional officer security post. CO-CONSPIRATOR-1 placed the disposable food container that was in his hand on top of a shelf. VINES soon took possession of the food container.

31. About one minute later, VINES walked into his assigned cell with the food container in his hand. Within seconds, CO-CONSPIRATOR-2 entered VINES' cell. CO-CONSPIRATOR-2 stayed with VINES for a few minutes, exited the cell, then met with CO-

7

CONSPIRATOR-1, who escorted CO-CONSPIRATOR-2 to a visiting room. Waiting inside the room were two inmates from the Northwest-3 housing unit of CDF. None of the inmates had any permissible reason to be in the visiting room. The three inmates remained together inside of the visiting room for approximately 45 minutes. Thereafter, CO-CONSPIRATOR-2 walked with the other inmates to the doors of NW-3 before returning to NW-1.

### Smuggling Incident Two

*February 28, 2024*

32. On February 28, 2024, at 10:56 am, CO-CONSPIRATOR-4 parked a silver hatchback car in the DOC parking lot and entered the jail carrying a white plastic bag, which contained prohibited items as described in paragraph 14. CO-CONSPIRATOR-4 dropped off the white bag in the same area as she did on February 18—in the staff entry area near the door to the screening room entrance—before exiting and driving away in the silver car.

33. At 1:00 pm, DOC Office of Investigative Services investigators monitoring surveillance video took custody of the white bag delivered by CO-CONSPIRATOR-4.

34. At 1:12 pm, CO-CONSPIRATOR-1 entered the staff entrance area. After searching the area where CO-CONSPIRATOR-4 had left the white bag that morning, CO-CONSPIRATOR-1 returned to the NW-1 housing unit for duty, empty-handed.

35. At 1:34 pm, CO-CONSPIRATOR-2 was released from his jail cell. Shortly thereafter, CO-CONSPIRATOR-1 and CO-CONSPIRATOR-2 engaged in a conversation about how CO-CONSPIRATOR-1 was unable to locate the white bag containing contraband.

36. At 1:40 pm, CO-CONSPIRATOR-2 placed a recorded jail call to CO-CONSPIRATOR-4. CO-CONSPIRATOR-2 confirmed to CO-CONSPIRATOR-4 that she

dropped off the contraband. CO-CONSPIRATOR-2 told CO-CONSPIRATOR-4 that CO-CONSPIRATOR-1 was unable to locate the bag.

37. At 3:19 pm, CO-CONSPIRATOR-1 again entered the staff entrance area. Upon entering, he looked to his left in the direction of the table where CO-CONSPIRATOR-4 had left the confiscated bag. CO-CONSPIRATOR-1 then approached the table and reviewed the contents of other bags in the area. He left shortly after, empty-handed, and resumed his shift duties in NW-1.

38. At 3:45 pm, CO-CONSPIRATOR-1 spoke to VINES and CO-CONSPIRATOR-3.

39. On February 28, 2024, DOC investigators searched the bag CO-CONSPIRATOR-4 delivered to the jail. Collectively, the Tupperware containers contained contraband as follows: 1) one switchblade knife; (2) one Apple iPhone cellphone; (3) a white USB iPhone charger; (4) two pairs of eyeglasses; (5) a bundle of marijuana wrapped in clear saranwrap; (6) tobacco wrapped in clear saranwrap; (7) several sheets of white rolling papers; (8) a pair of gambling dice; (9) three white sheets of bonded paper, containing MDMB-4en-PINACA, a Schedule I Controlled Substance; (10) two saran-wrapped packages of marijuana; and (11) five individually wrapped packages in clear saranwrap containing approximately 100 cigarettes.

40. On February 29, 2024, DOC placed CO-CONSPIRATOR-1 on administrative leave.

### Smuggling Incident 3

*June 30, 2024*

41. On the morning of June 30, 2024, CO-CONSPIRATOR-5 had multiple calls with Inmate-1, her significant other and a close associate of CO-CONSPIRATOR-2, VINES, and CO-CONSPIRATOR-3. The two discussed the packaging of contraband to avoid detection.

9

42.     On June 30, 2024, at 12:23 p.m., CO-CONSPIRATOR-2 made a recorded jail call to CO-CONSPIRATOR-4 and asked CO-CONSPIRATOR-4 to initiate a three-way call with CO-CONSPIRATOR-5. The following conversation took place:

**CO-CONSPIRATOR-2**: Listen, Tara…what, you about to leave?

**CO-CONSPIRATOR-5**: Yep.

**CO-CONSPIRATOR-2**: Cause, nah, I was about to have my man come outside real quick to, uh -

**CO-CONSPIRATOR-5**: Alright.

**CO-CONSPIRATOR-2**: What kind of car you in, though?

**CO-CONSPIRATOR-5**: Gray Honda.

**CO-CONSPIRATOR-2**: A gray Honda?

**CO-CONSPIRATOR-5**: Yep.

**CO-CONSPIRATOR-2**: Alright, he gonna be a big [slur] with a bald head, Slim. You hear me? Please, for me. I got you, Slim.

**CO-CONSPIRATOR-5**: Alright.

**CO-CONSPIRATOR-2**: Alright. Thank you. I got you.

43.     Approximately ten minutes after the call between CO-CONSPIRATOR-5 and CO-CONSPIRATOR-2, at 12:38 p.m., CO-CONSPIRATOR-6, who is bald, exited the D.C. Jail and walked directly to a gray Honda stopped at the intersection of 20th and D Street, Southeast.

44.     At 12:39 p.m., CO-CONSPIRATOR-5 handed CO-CONSPIRATOR-6 a blue bag containing a rectangular Tupperware container with a blue top.

45.     At 12:40 p.m., CO-CONSPIRATOR-6 walked into the staff entrance of the D.C. Jail with the blue bag. At 12:43 p.m., CO-CONSPIRATOR-6 removed the Tupperware container

with the blue top from the blue bag and sent it through the x-ray machine for screening. CO-CONSPIRATOR-6 then entered CDF with the Tupperware container with the blue top.

46. At approximately 12:52 p.m., CO-CONSPIRATOR-6 entered the SW-1 unit with the Tupperware container with the blue top. At 2:48 p.m. CO-CONSPIRATOR-6 handed the Tupperware container with the blue top to CO-CONSPIRATOR-3. At 2:48 p.m., CO-CONSPIRATOR-3 entered his assigned cell.

### Smuggling Incident 4

*July 7, 2024*

47. On July 7, 2024, at 11:33 a.m., CO-CONSPIRATOR-6 and CO-CONSPIRATOR-3 had a conversation in SW-1. Immediately following that conversation, CO-CONSPIRATOR-6 exited SW-1.

48. At 11:36 a.m., CO-CONSPIRATOR-6 exited CDF and walked to his vehicle in the DOC staff parking area.

49. At approximately 11:48 a.m., CO-CONSPIRATOR-2 made a recorded jail call to CO-CONSPIRATOR-4. The following conversation took place:

**CO-CONSPIRATOR-2**: You gonna give her everything?

**CO-CONSPIRATOR-4**: Yeah. That's - why I was meeting her, right?

**CO-CONSPIRATOR-2**: Ah, yeah, yeah. Just give her everything. I guess, baby. Just go ahead and give her everything and she'll just bring it. I mean, what the [expletive].

**CO-CONSPIRATOR-4**: Cause she said she got [expletive], too!

**CO-CONSPIRATOR-2**: Yeah.

11

50. Shortly after that call, CO-CONSPIRATOR-4 met with CO-CONSPIRATOR-5 at a BP gas station on Pennsylvania Avenue, Southeast, and provided CO-CONSPIRATOR-5 with items to be smuggled into the D.C. Jail.

51. At approximately 12:00 p.m., CO-CONSPIRATOR-5 and CO-CONSPIRATOR-2 had the following conversation over a recorded jail call:

> **CO-CONSPIRATOR-2:** Yeah, at the uh, at the round – he said, he said, come in the circle and, uh, down there by the construction site. He got a broken glass, his, his window got a, his car window got a trash bag on it.
>
> **CO-CONSPIRATOR-5**: Alright, I'm - alright. Okay.
>
> **CO-CONSPIRATOR-2** (Laughs). That's good enough? You know where the construction site at though, don't ya?
>
> **CO-CONSPIRATOR-5:** Where?
>
> **CO-CONSPIRATOR-2:** In the parking lot. It's in the parking lot around the circle. Yeah, and his jaunt got – right, and his jaunt got a broken window with a bag on it.
>
> **CO-CONSPIRATOR-2:** Alright, okay. Okay.

52. At 12:02 p.m., a gray Honda sedan drove in front of CDF and stopped in the staff parking area near CO-CONSPIRATOR-6's vehicle.

53. At 12:04 p.m., CO-CONSPIRATOR-6 approached the gray 4-door sedan and received a green bag from CO-CONSPIRATOR-5. Upon receiving the bag, CO-CONSPIRATOR-6 walked back towards CDF and the gray vehicle exited the staff parking area.

54. At 12:06 p.m., CO-CONSPIRATOR-6 entered the CDF staff entrance carrying a green bag.

55. At 12:07 p.m., CO-CONSPIRATOR-6 approached the security screening area and removed two Tupperware containers—one with a red top and one with a green top—from the green bag and placed them in a gray bin to pass through the x-ray machine.

56. At 12:14 p.m., CO-CONSPIRATOR-6 exited the security screening area and walked into CDF with both Tupperware containers.

57. At 12:16 p.m., CO-CONSPIRATOR-6 entered SW-1 with both containers and walked into the control module—the locked room in the unit where the corrections officers monitor inmates and have the ability to lock and unlock doors and cells.

58. At 1:03 p.m., CO-CONSPIRATOR-6 handed the Tupperware container to CO-CONSPIRATOR-3 through the control module door.

59. At 1:04 p.m., CO-CONSPIRATOR-3 entered his cell with both containers followed by VINES.

### Smuggling Incident 5

*July 21, 2024*

60. On July 19, 2024, CO-CONSPIRATOR-3 had several recorded jail calls with a number ending in -4646 about going to a store to get two phones reset and unlocked. Once that is completed, the user of the number ending -4646 was told by CO-CONSPIRATOR-3 to contact another woman.

61. On July 21, 2024, at 10:21 a.m., CO-CONSPIRATOR-2 placed a recorded jail call to CO-CONSPIRATOR-4 and discussed the smuggling of two cellular phones into the jail in a Popeye's Chicken bag.

62. At 11:55 a.m., CO-CONSPIRATOR-6 described to CO-CONSPIRATOR-2 the exact location of his car in the jail parking lot.

63. At approximately 11:57 a.m., CO-CONSPIRATOR-4 drove her silver hatchback into the jail parking lot. CO-CONSPIRATOR-4 circled the parking lot looking for CO-CONSPIRATOR-6's vehicle.

64. At 12:00 p.m., CO-CONSPIRATOR-6 wrote his license plate number on a piece of paper. CO-CONSPIRATOR-6 showed the piece of paper to CO-CONSPIRATOR-3 and said, "tell her that's my license plate number."

65. At 12:00 p.m., CO-CONSPIRATOR-4 parked her silver hatchback next to CO-CONSPIRATOR-6's vehicle. CO-CONSPIRATOR-4 exited her car and placed a Popeye's bag with a Tupperware container into CO-CONSPIRATOR-6's vehicle before returning to her car and driving away.

66. At 12:23 p.m., CO-CONSPIRATOR-6 had a conversation with CO-CONSPIRATOR-2 and VINES about when they wanted CO-CONSPIRATOR-6 to take his lunch break and retrieve the Tupperware container. CO-CONSPIRATOR-6 informed CO-CONSPIRATOR-2 and VINES that CO-CONSPIRATOR-3 instructed him to put the container in the room where the inmates have access to electronic tablets.

67. At 12:49 p.m., CO-CONSPIRATOR-6 exited CDF and walked to his vehicle in the staff parking lot. At 1:29 p.m., CO-CONSPIRATOR-6 returned from his lunch with the Popeye's bag. CO-CONSPIRATOR-6 walked to the security area and placed the bag in the in the x-ray scanner. CO-CONSPIRATOR-6 then removed a Tupperware container with an orange top from the bag and placed the container into a clear plastic bag. He then walked with the Tupperware container from the security area to NW-1.

68. As soon as CO-CONSPIRATOR-6 entered NW-1, at approximately 1:38 p.m., VINES was waiting outside the tablet room. CO-CONSPIRATOR-6 noted how heavy the Tupperware container was and handed it to VINES.

69. CO-CONSPIRATOR-6 then obtained the key to the tablet room and went inside with VINES. CO-CONSPIRATOR-6 noted to VINES that CO-CONSPIRATOR-3 "normally puts it in his bag." CO-CONSPIRATOR-6 then set down the container and instructed VINES to tell CO-CONSPIRATOR-3 where CO-CONSPIRATOR-6 put it.

70. At approximately 1:42 p.m., CO-CONSPIRATOR-6 escorted CO-CONSPIRATOR-3 to the tablet room where he left the Tupperware container. CO-CONSPIRATOR-3 carried his laundry bag. As the two walked together, CO-CONSPIRATOR-6 described the exact location of the container inside the room.

71. Inside the room, CO-CONSPIRATOR-6 warned CO-CONSPIRATOR-3 that the container is heavy, and CO-CONSPIRATOR-3 loaded the container into the laundry bag. CO-CONSPIRATOR-3 exited the tablet room and walked back towards his cell with the orange bag.

72. At 1:43 p.m., CO-CONSPIRATOR-3 brought the bag with the container inside his cell.

73. On July 25, 2024, DOC conducted a search of NW-1 for contraband. Among other things, DOC investigators seized: (1) two cell phones; (2) 269 blue pills (including 120 from VINES's cell), containing Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide)—a Schedule II Narcotic Controlled Substance; and (3) 255 strips containing Buprenorphine (170 in VINES's cell)—a Schedule III narcotic controlled substance.

(In violation of Title 18, United States Code, Section 371)

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By:     _/s/ *Joshua Gold*_____
Joshua Gold
Assistant United States Attorney
Texas Bar No. 24103101
601 D Street, N.W.
Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov